**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Hadiatou Waggeh,

Plaintiff,

v.

Case No. 1:25-cv-1202-MLB

Kika Scott, *Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services* and Micah R. Brown, *Director of Atlanta Field Office of U.S. Citizenship and Immigration Services*,

Defendants.

________________________________/

**ORDER**

The Court **GRANTS** Defendants' unopposed Motion to Dismiss (Dkt. 7) and **DISMISSES** this case **AS MOOT** for the reasons stated in Defendants' brief.

**SO ORDERED** this 14th day of November, 2025.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE